AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

ANGEL LOAEZA-CATALAN

CASE NUMBER: 08 CR 2690 WQH

I, __ANGEL LOAEZA-CATALAN__, the above named defendant, who is accused of violating Title 18, U.S.C., Sec. ~~1544 - Misuse of Passport~~ 1001 - False Statement (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/14/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Angel Loaeza C._
ANGEL LOAEZA-CATALAN
Defendant

_[signature]_
JAMI L. FERRARA
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

JPME:lml:7/28/08